David J. McGlothlin, Esq. (SBN: 026059)
david@southwestlitigation.com
**Hyde & Swigart**
5343 N. 16th Street, Suite 460
Phoenix, AZ 85016
Telephone:     (602) 265-3332
Facsimile:     (602) 230-4482

Attorneys for the Plaintiff
Joshua Sharrar

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| Joshua Sharrar<br><br>              Plaintiff,<br>v.<br><br>National Recovery Services, LLC<br><br>              Defendant. | **Case No.: 2:11-cv-02207-ECV**<br><br>**NOTICE OF SETTLEMENT** |
|---|---|

PLEASE TAKE NOTICE that Plaintiff Joshua Sharrar and Defendant National Recovery Services LLC have settled the above-entitled matter in its entirety. The parties are finalizing the terms of the settlement and therefore request that this court dismiss this action with prejudice, as to the entire lawsuit, in thirty (30) days from the date of this Notice.

Date: March 30, 2012            Hyde & Swigart

                                By:   /s/ David J. McGlothlin
                                David J. McGlothlin
                                Attorneys for the Plaintiff