David J. McGlothlin, Esq. (SBN: 026059)
david@southwestlitigation.com
**Hyde & Swigart**
5343 N. 16th Street, Suite 460
Phoenix, AZ 85016
(602) 265-3332 (602) 230-4482

Attorneys for Plaintiff
Joshua Sharrar

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| Joshua Sharrar<br><br>                    Plaintiff,<br>v.<br><br>National Recovery Services, LLC<br><br>              Defendant. | Case No: 12-CV-02207-ECV<br><br>**PLAINTIFF'S NOTICE OF REQUEST FOR VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)**<br><br>**Hon. Edward C. Voss** |
|---|---|

   Plaintiff JOSHUA SHARRAR (hereinafter "Plaintiff") hereby move to dismiss this entire action against Defendant NATIONAL RECOVERY SERVICES, LLC, (hereinafter "Defendant") (and jointly hereinafter referred to as "the Parties") with prejudice, based on the following:

   1. The Parties have reached a settlement of this action.

   2. The Defendants, without acknowledging liability or wrongdoing, and Plaintiff, without acknowledging liability or wrongdoing, have agreed to fully and completely settle this matter.

3. The settlement between Plaintiff and Defendant is memorialized in a written settlement agreement, which has been fully executed by Plaintiff and Defendant according to the terms of the settlement agreement. Under said settlement agreement, in pertinent part, Plaintiffs and Defendants mutually release each other from all claims.

Plaintiff respectfully requests the action be dismissed WITH PREJUDICE.

Dated: April 24, 2012                    **HYDE & SWIGART**

                                         s/David J. McGlothlin
                                         David J. McGlothlin
                                         Attorneys for Plaintiff